UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AKOP BAGDASARYAN,

                        Petitioner,

        v.

ICE FIELD OFFICE DIRECTOR,

                        Respondent.

Case No. C24-514-RSM

ORDER DISMISSING FEDERAL
HABEAS PETITION

        The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, the Government's return memorandum and motion to dismiss, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

        (1)     The Report and Recommendation, Dkt. #14, is approved and adopted.

        (2)     Petitioner's Motion to Admit Evidence, Dkt. #16, is DENIED as procedurally improper.  Petitioner provides no argument or explanation for why this evidence was not submitted to the Court earlier or produced during Petitioner's removal proceedings.  The document also lacks sufficient authentication for the reasons stated by Respondent.  *See* Dkt. #17.

(3)     The Government's motion to dismiss (Dkt. #8) is GRANTED, and Petitioner's petition for writ of habeas corpus (Dkt. #6) and this action are DISMISSED.

(4)     The Clerk is directed to send copies of this Order to Petitioner, to counsel for the Government, and to the Honorable S. Kate Vaughan.

DATED this 23rd day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2